UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A. A. DOE<br><br>*versus*<br><br>THE ROMAN CATHOLIC CHURCH OF THEARCHDIOCESE OF NEW ORLEANS; ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.; BLESSED TRINITY CATHOLIC CHURCH and JOHN ASARE-DANKWAH | CIVIL ACTION<br><br>NO. 21-215<br><br>SECTION "E" (1) |

## ORDER

Considering Plaintiff A. A. Doe's Motion for Leave to Amend the Complaint to Dismiss Certain Defendants Without Prejudice;

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiff's First Amended Complaint, removing claims against the Roman Catholic Church of the Archdiocese of New Orleans, Blessed Trinity Catholic Church Parish, and Archdiocese of New Orleans Indemnity, Inc., shall be filed in the record of this matter.

**IT IS FURTHER ORDERED** that Defendants, the Roman Catholic Church of the Archdiocese of New Orleans, Blessed Trinity Catholic Church Parish, and Archdiocese of New Orleans Indemnity, Inc., are hereby **dismissed without prejudice**.

**New Orleans, Louisiana, this 29th day of March, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**