UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **A.A. DOE** | * | **CA- NO.:  2:21-CV-215** |
| | * | **c/w 2:21-CV-1238** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **ROMAN CATHOLIC CHURCH OF** | * | |
| **THE ARCHDIOCESE OF NEW** | * | **MAG. JANIS VAN MEERVELD** |
| **ORLEANS, ET AL.** | * | |

*Applies To:* ALL CASES

## MOTION TO DE-DESIGNATE CONFIDENTIAL DOCUMENTS AND MODIFY TERMS OF THE PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes A.A. Doe, the Complainant in the main demand, and pursuant to this Court's recent conference and Order of August 29, 2022 [Rec.Doc. 79], respectfully moves this Honorable Court to de-designate certain documents improperly stamped as confidential by the Archdiocese of New Orleans, and to modify the Court's protective Order [Rec.Doc. 70] to include a section as is more fully expressed in the accompanying Supporting Memorandum.

RESPECTFULLY SUBMITTED,

*/S/ SOREN E. GISLESON*

_____
SOREN E. GISLESON (#26302)
JOSEPH E. "JED" CAIN (29785)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: 504-581-4892
Fax: 504-561-6024
sgisleson@hhklawfirm.com
jcain@hhklawfirm.com

-AND-

RICHARD C. TRAHANT (#22653)
Attorney at Law
2908 Hessmer Avenue
Metairie, Louisiana 70002
Telephone: 504-780-9891
Fax: 504-780-9891
trahant@trahantlawoffice.com

-AND-

**SHEARMAN~DENENEA, L.L.C.**
**JOHN H. DENENEA, JR. (#18861)**
4240 Canal Street, 2nd Floor
New Orleans, LA   70119
Telephone: (504) 304-4582
Fax (504) 304-4587
jdenenea@midcitylaw.com

-AND-

DESIRÉE M. CHARBONNET (24051)
365 Canal Street
Suite 1100
New Orleans, LA 70130
Telephone: (504) 399-3374
Fax: (504) 561-7850
dcharbonnet@desireelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

I further certify that there are no non-CMECF participants in this matter.

*/S/ SOREN E. GISLESON*
_____
SOREN E. GISLESON