UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.A. DOE | * | CA- NO.: 2:21-CV-215 |
| | * | c/w 2:21-CV-1238 |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| ROMAN CATHOLIC CHURCH OF | * | |
| THE ARCHDIOCESE OF NEW | * | MAG. JANIS VAN MEERVELD |
| ORLEANS, ET AL. | * | |

*Applies To: ALL CASES*

# EXHIBIT 1 FILED UNDER SEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.A. DOE | * | CA- NO.: 2:21-CV-215 |
| | * | c/w 2:21-CV-1238 |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| ROMAN CATHOLIC CHURCH OF | * | |
| THE ARCHDIOCESE OF NEW | * | MAG. JANIS VAN MEERVELD |
| ORLEANS, ET AL. | * | |

*Applies To: ALL CASES*

# EXHIBIT 2 FILED UNDER SEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| A.A. DOE | * | CA- NO.: 2:21-CV-215 |
| | * | c/w 2:21-CV-1238 |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| ROMAN CATHOLIC CHURCH OF | * | |
| THE ARCHDIOCESE OF NEW | * | MAG. JANIS VAN MEERVELD |
| ORLEANS, ET AL. | * | |

*Applies To: ALL CASES*

# EXHIBIT 3 FILED UNDER SEAL



**Archdiocese of New Orleans**                           Office of the Archbishop

7887 Walmsley Avenue
New Orleans, LA 70125-3496
Office: (504) 861-9521
Fax (504) 314-9614
Email: archbishop@arch-no.org

October 31, 2017

Reverend John Asare-Dankwah
St. Peter Claver Parish
1923 St. Phillip St.
New Orleans, LA 70116

Dear Asare:

Please know that I have spoken with Fr. Rodney Bourg and Mr. Jeff Entwisle, our CFO.

I have received a copy of the October 26, 2017 letter.

Once again to reiterate, it was decided that $140,087.00 of St. Peter Claver's parish share for the fiscal year ending June 30, 2018 will be written off.

Listed in the letter are expenses for insurance, clergy benefits, flood premiums and a modest gift for parish share.

I am aware of the financial difficulties that you faced when you arrived and the responsible way in which you have addressed these.

Be assured of my support. If I can be of any assistance in further discussing this, please do not hesitate to contact me.

Wishing you God's blessings and with kind personal regards, I am

Fraternally in Christ,

*+ Ay*

Most Reverend Gregory M. Aymond
Archbishop of New Orleans

GMA/jm

CC:   Reverend Rodney Bourg
      Jeff Entwisle

**EXHIBIT 4**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.A. DOE | * | CA- NO.: 2:21-CV-215 |
| | * | c/w 2:21-CV-1238 |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| ROMAN CATHOLIC CHURCH OF | * | |
| THE ARCHDIOCESE OF NEW | * | MAG. JANIS VAN MEERVELD |
| ORLEANS, ET AL. | * | |

*Applies To: ALL CASES*

# EXHIBIT 5 FILED UNDER SEAL