# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.A. DOE | * | CA- NO.:  2:21-CV-215 |
| | * | c/w 2:21-CV-1238 |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| ROMAN CATHOLIC CHURCH OF | * | |
| THE ARCHDIOCESE OF NEW | * | MAG. JANIS VAN MEERVELD |
| ORLEANS, ET AL. | * | |

*Applies To: ALL CASES*

## NOTICE OF SUBMISSION

The *Motion to De-Designate Confidential Documents, and Modify the Protective Order* on behalf of A.A. Doe will be submitted for decision on October 12, 2022 at 10:00 o'clock a.m. with oral argument, before the Honorable Suzie Morgan, United States District Judge, at the United States District Court, 500 Poydras Street, Courtroom C316, New Orleans, Louisiana.

RESPECTFULLY SUBMITTED,

*/S/ SOREN E. GISLESON*

———————————————
SOREN E. GISLESON (#26302)
JOSEPH E. "JED" CAIN (29785)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: 504-581-4892
Fax: 504-561-6024
sgisleson@hhklawfirm.com
jcain@hhklawfirm.com

-AND-

RICHARD C. TRAHANT (#22653)
Attorney at Law
2908 Hessmer Avenue
Metairie, Louisiana 70002
Telephone: 504-780-9891
Fax: 504-780-9891
trahant@trahantlawoffice.com

-AND-

**SHEARMAN~DENENEA, L.L.C.**
**JOHN H. DENENEA, JR. (#18861)**
4240 Canal Street, 2nd Floor
New Orleans, LA   70119
Telephone: (504) 304-4582
Fax (504) 304-4587
jdenenea@midcitylaw.com

-AND-

DESIRÉE M. CHARBONNET (24051)
365 Canal Street
Suite 1100
New Orleans, LA 70130
Telephone: (504) 399-3374
Fax: (504) 561-7850
dcharbonnet@desireelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

I further certify that there are no non-CMECF participants in this matter.

*/S/ SOREN E. GISLESON*
_____
SOREN E. GISLESON