UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.A. DOE | CIVIL ACTION NO.  2:21-CV-215 |
| VERSUS | c/w 21-1238 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ET AL. | JUDGE SUSIE MORGAN |
| | MAG. JANIS VAN MEERVELD |

**Applies to: ALL CASES**

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Defendant, Father John Asare-Dankwah ("Father Asare"), and Plaintiff A.A. Doe ("Plaintiff") through undersigned counsel, respectfully submit this Joint Motion to Dismiss with Prejudice, and request that the claims and litigation between Plaintiff and Fr. Asare, including the claims brought by Plaintiff in Case No. 2:21-CV-215 against Fr. Asare personally, and the claims brought by Fr. Asare against Plaintiff in Case No. 2:21-CV-1238, be dismissed in their entirety, with prejudice, with each party to bear their own attorneys' fees and costs.  The parties seek to dismiss all claims between them, leaving no further claims in this matter. However, Plaintiff reserves all rights to any and all other claims, including those maintained in *In Re: The Roman Catholic Church for the Archdiocese of New Orleans,* Case No. 20-10846.

**[SIGNATURE PAGE FOLLOWS]**

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Allen C. Miller
       Allen C. Miller (Bar #26423)
       Ashley J. Heilprin (Bar #34928)
       365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130
       Telephone: 504 566 1311
       Facsimile: 504 568 9130
       Email: allen.miller@phelps.com
       Email: ashley.heilprin@phelps.com

ATTORNEYS FOR FATHER JOHN ASARE-DANKWAH

AND


BY:   */s/ Desiree M. Charbonnet*
       Desirée M. Charbonnet (24051)
       365 Canal Street
       Suite 1100
       New Orleans, LA 70130
       Telephone: (504) 399-3374
       Fax: (504) 561-7850
       dcharbonnet@desireelaw.com

-AND-

       John H. Denenea, Jr. (#18861)
       Brian G. Shearman (#19151)
       4240 Canal Street, 2nd Floor
       New Orleans, LA 70119
       Telephone: (504) 304-4582
       Fax (504) 304-4587
       jdenenea@midcitylaw.com

-AND-

                    Richard C. Trahant (#22653)
                    Attorney at Law
                    2908 Hessmer Avenue
                    Metairie, Louisiana 70002
                    Telephone: 504-780-9891
                    Fax: 504-780-9891
                    trahant@trahantlawoffice.com

                    -AND-

                    Soren E. Gisleson (#26302)
                    Joseph E. "Jed" Cain (29785)
                    HERMAN, HERMAN & KATZ, LLC
                    820 O'Keefe Avenue
                    New Orleans, Louisiana 70113
                    Telephone: 504-581-4892
                    Fax: 504-561-6024
                    sgisleson@hhklawfirm.com
                    jcain@hhklawfirm.com